BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Cymbalta Products Liability Litigation         MDL Docket No. _____

### PLAINTIFFS' MOTION PURSUANT TO 28 U.S.C. § 1407 TO TRANSFER RELATED ACTIONS FOR COORDINATED PRETRIAL PROCEEDINGS IN THE CENTRAL DISTRICT OF CALIFORNIA

Pursuant to 28 U.S.C. § 1407, and Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs[1] ("Movants"), hereby respectfully move the Judicial Panel on Multidistrict Litigation for an order transferring the twenty-eight related actions set forth in the Schedule of Actions filed herewith, which are pending before twenty different federal courts, and any subsequently filed related actions, to a single judge in the Central District of California for coordinated pretrial proceedings.  The related actions allege product liability claims against Defendant Eli Lilly and Company ("Lilly") for injuries caused by the use and discontinuation of the prescription drug Cymbalta (also known as duloxetine), i.e., "Cymbalta Withdrawal."

In support of this motion, and as set forth in more detail in the accompanying supporting brief, Movants submit:

1.      Lilly is a Defendant in each of the forty-three (43) related actions set forth in the Schedule of Actions.

---

[1] Yvette Beard, Terry Brown, Theresa Carr, Linda Coles, Donna Colgan, Maria Deville, Billy George Duggar, Frances Bernadette Forrester, Richard Joseph Kaschak, Billie Jane Lee, Essie Antonio Mitchell, Damien Moore, Tina Marie Robinson, Amy Thomas, Joyce White, Michael Worl, Tina Forbes, Teresa Kelly, Neil Schaffer, Elaine Scherer, Judy Brant, Maria Antoinette Collier, Doris Porter Edwards, David Scott Foster, Jose Ruben Galvan, Angela Haley, William Earl Holly, Lewis Bryant Horne, Carolyn Humphrey, Justin Collier Hunt, Karen Judge, Richard Lee Lynch, Jr.,  Gene David McKenzie, Kathleen Clare Miles, Myrna Nolan, Jacqueline Fredia Osborne, Gale Marie Pettis, Wendy Prescott, Viola Lynn Spurlock, Jack Wolfe, William Foster Young, Brittany Nickole Zabriskie, Carolyn Desharnais, Elizabeth Rushworth, Lease Skaggs, Mavis Renee Harper   , Christina Courtney, Debbie Head, Joinne Jones, Teresa Simmons, Deona Mae Slabaugh, and Ashley Ruchelle Valentine

2. Movants are plaintiffs in each of the forty-three (43) related actions set forth in the Schedule of Actions.

3. The related actions are product liability actions in which each plaintiff alleges that Lilly's prescription antidepressant medication, Cymbalta, caused withdrawal reactions and injuries when the plaintiffs ceased or attempted to cease ingesting Cymbalta. Each plaintiff also alleges that Lilly failed to adequately warn about these risks and, in fact, presented Cymbalta as having a much lower risk of withdrawal, i.e., about 1%, when the true risk was much higher, i.e., at least 44.3% to 50.8%, or higher.

4. Transfer and coordination pursuant to 28 U.S.C. § 1407(a) is appropriate because: (i) the actions assert product liability claims against Lilly for injuries sustained by people discontinuing Cymbalta; (ii) the actions involve common questions of fact, including Cymbalta's capacity to cause withdrawal injuries and whether Lilly properly warned about the risks of Cymbalta withdrawal; (iii) transfer to a single district will be convenient for all parties and witnesses and will allow for just and efficient pretrial proceedings; and (iv) absent transfer and coordination, the parties and courts will face the burden and expense of duplicative discovery and pretrial proceedings and inconsistent pretrial rulings. The creation of a multidistrict litigation is also appropriate at this time because many additional actions will be filed in the future and pretrial coordination is the only way to ensure orderly pretrial litigation.

5. Movants respectfully request that the Panel coordinate these actions in the Southern District of Indiana. The Southern District of Indiana is an accessible and convenient forum for all parties and witnesses. Plaintiffs in the currently pending actions—and in future cases that will be filed—are geographically dispersed across the country, making no single district most convenient to all plaintiffs. Indianapolis is a centralized location, which would

allow disparate plaintiffs to easily access the court.  Also, Lilly's home offices are headquartered in Indianapolis, Indiana, about a mile from the courthouse.  Lilly's company witnesses, documents, and general counsel are all located in Indianapolis.

6. This motion is based on the accompanying brief and Schedule of Actions, the pleadings and papers filed herein, and such other and further matters as may be presented to this Panel at the time of any hearing.

7. In compliance with Rule 4.1 of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation, Pfizer has simultaneously delivered copies of this motion and supporting papers to the Clerk of each district in which the related actions are pending.

DATED:  July 23, 2015
        Oakland, California

**KNOX RICKSEN LLP**

 /s/ Steven B. Stein
Steven B. Stein, Esq.
CA Bar No. 52829
sbs@knoxricksen.com
One Kaiser Plaza, Suite 1101
Oakland, CA 94612-3601
Tel:  (510) 285-2500
Fax:  (510)285-2505

*Attorney for Plaintiffs:*

*Christina Courtney*
*Debbie Head*
*Joinne Jones*
*Teresa Simmons*
*Deona Mae Slabaugh*
*Ashley Ruchelle Valentine*
*Yvette Beard*
*Terry Brown*
*Theresa Carr*
*Linda Coles*
*Donna Colgan*

*Maria Deville*
*Billy George Duggar*
*Frances Bernadette Forrester*
*Richard Joseph Kaschak*
*Billie Jane Lee*
*Essie Antonio Mitchell*
*Damien Moore*
*Tina Marie Robinson*
*Amy Thomas*
*Joyce White*
*Michael Worl*
*Tina Forbes*
*Teresa Kelly*
*Neil Schaffer*
*Elaine Scherer*
*Judy Brant*
*Maria Antoinette Collier*
*Doris Porter Edwards*
*David Scott Foster*
*Jose Ruben Galvan*
*Angela Haley*
*William Earl Holly*
*Lewis Bryant Horne*
*Carolyn Humphrey*
*Justin Collier Hunt*
*Karen Judge*
*Richard Lee Lynch, Jr.*
*Gene David McKenzie*
*Kathleen Clare Miles*
*Myrna Nolan*
*Jacqueline Fredia Osborne*
*Gale Marie Pettis*
*Wendy Prescott*
*Viola Lynn Spurlock*
*Jack Wolfe*
*William Foster Young*
*Brittany Nickole Zabriskie*
*Carolyn Desharnais*
*Elizabeth Rushworth*
*Lease Skaggs*
*Mavis Renee Harper*