# Amended Schedule of Actions
*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

|   | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| 1. | **Plaintiffs:**<br>Randy Moss and Greta Moss<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | M.D. Alabama (Opelika Div.) | 3:14-cv-01135 | Served 3/5/2015 | Assigned to: Chief Judge William Keith Watkins<br>Referred to: Honorable Judge Wallace Capel, Jr. |
| 2. | **Plaintiffs:**<br>Deborah Caporale and George Caporale<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | C.D. California (Eastern Div.) | 5:14-cv-1662 | Served 11/18/14 | Assigned to: Judge Stephen V. Wilson<br>Referred to: Magistrate Judge Margaret A. Nagle |
| 3. | **Plaintiffs:**<br>Anita Hollowell and Edward Hollowell<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | C.D. California (Eastern Div.) | 5:14-cv-01663 | Served 11/18/14 | Assigned to: Judge Stephen V. Wilson<br>Referred to: Magistrate Judge Margaret A. Nagle |
| 4. | **Plaintiffs:**<br>Peggy Barrett and Roger Barrett<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | C.D. California (Eastern Div.) | 5:14-cv-1675 | Served 11/18/14 | Assigned to: Judge Stephen V. Wilson<br>Referred to: Magistrate Judge Margaret A. Nagle |
| 5. | **Plaintiffs:**<br>Kerry O'Shea and Sharlene O'Shea<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | C.D. California (Southern Div.) | 8:14-cv-1274 | Served 12/9/14 | Assigned to: Judge Stephen V. Wilson<br>Referred to: Magistrate Judge Margaret A. Nagle |
| 6. | **Plaintiffs:**<br>Marnette Patterson and James Verzino<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | C.D. California (Western Div.) | 2:14-cv-08527 | Served 12/9/14 | Assigned to: Judge Stephen V. Wilson<br>Referred to: Magistrate Judge Margaret A. Nagle |

# Amended Schedule of Actions
*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

|    | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|----|---------------|----------|------------------|-----------------------|-------|
| 7. | **Plaintiff:**<br>Deanna Cheshier<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | E.D. California (Fresno Div.) | 1:14-cv-01265 | Served 12/9/14 | Assigned to: Judge Garland E. Burrell, Jr<br>Referred to: Magistrate Judge Sheila K. Oberto |
| 8. | **Plaintiffs:**<br>Rachel Anne Ben, Libby Dianne Hollinger, Jessica Tipton, Kenneth Ray Price, Danny Ray Trosper, Vicki Craven, Katherine Jane Bentley, Jamie Nell Hunt, Devon Roberts, Wa'zette McKelvin, Lawrence Virgil Curtis, Robert Craven, Terry Alan Rayfield, Patricia Marie Dorminy, Elizabeth Ann Guess, Evelyn W. Daniels, Rachelle Michelle Bruneau, Diane Marie Liebhaber, Larry Serna, Lynette Serna, Regina Kay Thomas, Susan Lynne Blunt, Lisa Ray Lewis, Joseph Michael Lewis, Derek Delayne Haskins, Philip Randall Wilhite, and John Robert Adams<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | E.D. California (Sacramento Div.) | 2:14-cv-02914 | Served 4/14/2015 | Assigned to: Judge Kimberly J. Mueller<br>Referred to: Magistrate Judge Edmund F. Brennan |
| 9. | **Plaintiffs:**<br>Carl Woodruff and Penny Woodruff<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | E.D. California (Sacramento Div.) | 2:14-cv-01890 | Served 12/9/14 | Assigned to: Judge Garland E. Burrell, Jr<br>Referred to: Magistrate Judge Sheila K. Oberto |

**Amended Schedule of Actions**

*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

|  | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| 10. | **Plaintiffs:** Jennifer Nelson-Devlin and Dennis Devlin, Alfonso Racacho Jr., Raccheli Ann Austin, Jack Lane Smalley, Geri Gonzales, Jay Moya, Cynthia Ellis, Jodi Lynn Trommler, Brett Christopher Trommler, Oney Lou Haynes and Damian Haynes, Dinah Lisa Tinnell, Sherman Ray Tinnell, Rhonda Mischelle Wilson, Linda Lee Buttermore, Suzanne Langford, Ronald Dean, Jr., Rita Dean, Michella Ann Marie Stephens, Lena Brister, and Camille Dollins<br>**Defendant:** Eli Lilly and Company, an Indiana Corp. | E.D. California (Sacramento Div.) | 2:14-cv-2811 | Served 4/1/2015 | Assigned to: Judge Kimberly J. Mueller<br>Referred to: Magistrate Judge Edmund F. Brennan |
| 11. | **Plaintiffs:** Katryna Wolff, Donald William Ruddell, James Henery Amundsen, Tony Labell Harrison, Martin Adelido Herrera, Gloria J. Jordan, Pearlie Mae Maddox, Denise Kay Vital, William George Booker, Bobbi Jean Wood, Goldie Faye Anderson, James Caldwell, Christina Bailey, Patricia Ann Jackson, Wendy Denese Daniels, Arthur Lee Davis, Ronnie Davis, Yolanda Necole Jordan, Samuel Earl Smith, Stephen Thomas Magee, Sandra Jean Mendoza, Lisa Denise Smith, Beverly Thurman, David J. | E.D. California (Sacramento Div.) | 2:14-cv-03004 | Served 4/29/2015 | Assigned to: Judge Kimberly J. Mueller<br>Referred to: Magistrate Judge Edmund F. Brennan |

**Amended Schedule of Actions**
*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

| | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| | Adamchick, Joyce Lightly, Loretta Pressley, Melodie Rehm, Erica Shunoski, Carla Turner, Robert Bailey, and James Fanelli<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | | | | |
| 12. | **Plaintiffs:**<br>Elsa Wheeler and James Wheeler<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. California (San Diego Div.) | 3:14-cv-01882 | Served 12/8/2015 | Assigned to: Judge Anthony J. Battaglia<br>Referred to: Magistrate Judge Barbara Lynn Major |
| 13. | **Plaintiff:**<br>Kelly Cheney and Frank Chaney<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | D. Colorado (Denver Div.) | 1:14-cv-02249 | Served 12/10/2014 | Assigned to: Judge William J. Martinez<br>Referred to: Magistrate Judge Kathleen M. Tafoya |
| 14. | **Plaintiffs:**<br>Cassie Martin<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | D. Colorado (Denver Div.) | 1:14-cv-02800 | Waiver of Service of Summons 12/12/2014 | Judge R. Brooke Jackson |
| 15. | **Plaintiffs:**<br>Anthony Valentino<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | M.D. Florida (Orlando Div.) | 6:14-cv-01816 | Served 12/8/2014 | Assigned to: Judge Carlos E. Mendoza<br>Referred to: Magistrate Judge Karla R. Spaulding |
| 16. | **Plaintiffs:**<br>Heather Laica-Bhoge and Alberto Bhoge | M.D. Florida | 6:14-cv-01286 | Served 12/8/2014 | Assigned to: Judge Carlos E. Mendoza |

**Amended Schedule of Actions**
*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

|  | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
|  | **Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | (Tampa Div.) |  |  | Referred to: Magistrate Judge Karla R. Spaulding |
| 17. | **Plaintiffs:**<br>Maria Brotherton<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | M.D. Florida (Tampa Div.) | 8:14-cv-02876 | Served 12/8/2014 | Assigned to: Judge Mary S. Scriven<br>Referred to: Magistrate Judge Thomas G. Wilson |
| 18. | **Plaintiffs:**<br>Rachel Z. Krupp and Kenneth K. Krupp<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | M.D. Florida (Tampa Div.) | 8:14-cv-02792 | Served 12/8/2014 | Assigned to: Judge Mary S. Scriven<br>Referred to: Magistrate Judge Thomas G. Wilson |
| 19. | **Plaintiffs:**<br>Douglas Gollin and Lynn Gollin<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. Florida (Ft. Lauderdale Div.) | 0:14-cv-61810 | Served 12/9/2014 | Assigned to: Judge William P. Dimitrouleas<br>Referred to: Magistrate Judge Lurana S. Snow |
| 20. | **Plaintiff:**<br>Sandra Couch<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | N.D. Georgia (Atlanta Div.) | 1:14-cv-02564 | Served 12/8/2014 | Judge Mark H. Cohen |
| 21. | **Plaintiff:**<br>Christina Courtney, Debbie Head, Joinne Jones, Teresa Simmons, Deona Mae Slabaugh, and Ashley Ruchelle Valentine<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00643 | Served 7/8/2015 | Assigned to: Judge Tanya Walton Pratt<br>Referred to: Magistrate Judge Mark J. Dinsmore |

**Amended Schedule of Actions**
*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

|  | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| 22. | **Plaintiff:** Yvette Beard, Terry Brown, Theresa Carr, Linda Coles, Donna Colgan, Maria Deville, Billy George Duggar, Frances Bernadette Forrester, Richard Joseph Kaschak, Billie Jane Lee, Essie Antonio Mitchell, Damien Moore, Tina Marie Robinson, Amy Thomas, Joyce White, Michael Worl, Tina Forbes, Teresa Kelly, Neil Schaffer, Elaine Scherer, Judy Brant, Maria Antoinette Collier, Doris Porter Edwards, David Scott Foster, Jose Ruben Galvan, Angela Haley, William Earl Holly, Lewis Bryant Horne, Carolyn Humphrey, Justin Collier Hunt, Karen Judge, Richard Lee Lynch, Jr., Gene David McKenzie, Kathleen Clare Miles, Myrna Nolan, Jacqueline Fredia Osborne, Gale Marie Pettis, Wendy Prescott, Viola Lynn Spurlock, Jack Wolfe, William Foster Young, Brittany Nickole Zabriskie, Carolyn Desharnais, Elizabeth Rushworth, Lease Skaggs, and Mavis Renee Harper **Defendant:** Eli Lilly and Company, an Indiana Corp. | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00922 |  | Assigned to: Judge Jane Magnus Stinson Referred to: Magistrate Judge Mark J. Dinsmore |
| 23. | **Plaintiffs:** Aaron Graham Bickham, Margaret Ann Boggs, Jeanette Evyonne Brewer, | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00531 |  | Assigned to: Judge William T. Lawrence Referred to: Magistrate Judge |

| | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| | Artwette Lenise crumby-Cannon, Marcia Lynn McCullough, Kimberly Renae Schumacher, Regina Yolanda Thomas, Michael Lee Richards, Calvin Austin, Eugene David Benoit, Jr. Sheila Ann Hayes-Ward, James Walter Hiers, Lori Kay Lamb, Gregory Orlan Reed, Linda Hambrick Thompson, Irma Contreras Totin, Everline Warrens, Glenda Turner Browder, Travis Anthony Burley, and William Theodore Theus<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | | | | Mark J. Dinsmore |
| 24. | **Plaintiffs:**<br>Natasha Lynette Boles, Daniel Lewis Finley, Glenda Faye Elliot, Gloria Jean Silverman, Gena Marie Vlaming, Javier Antonio Galvan, Terry Keith Dailey, Margaret Whitfield Daniel, Sam Lamar Summerlin, Jeff Diltz, Brenda Lee Leifson, Jason Paul Holbrook, Janet Claire Pederson, Lisa dawn Miller, Nancy Elizabeth Guy, Mario John Cowell, Mary Ruth Cowell, Jera Diltz, Kerensa Holbrook, and Lee George Leifson<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00351 | Served 6/29/2015 | Assigned to: Judge Jane Magnus-Stinson<br>Referred to: Magistrate Judge Denise K. LaRue |

**Amended Schedule of Actions**
*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

|  | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| 25. | **Plaintiffs:**<br>Denise Gay DeCrane and Christopher Hagan Huff<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00365 | Served 6/30/2015 | Assigned to: Judge Jane Magnus-Stinson<br>Referred to: Magistrate Judge Denise K. LaRue |
| 26. | **Plaintiffs:**<br>Terri Hill, Jane Collett, Mary McCarthy, James Sines, Sherry Whiteside, and Jacqueline Moore<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00141 | Served 6/2/2015 | Assigned to: Judge Jane Magnus-Stinson<br>Referred to: Magistrate Judge Denise K. LaRue |
| 27. | **Plaintiffs:**<br>Bella Renee Jones, Shalley Lea Buzard, Lamisa Hodge, carmen Honacker, Nora Marie Maffei, Debra Lee Munn, Cynthia Bonita Thompson, Shelly Rae Davis, wanda B. Harmon, Flora Jean Price, Tonya Marie Hurd, Nicole Bradford Boothe, Katherine Marie Peters, Carolyn Ann Meyers, and Anita Ann Owens<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00701 |  | Assigned to: Judge Jane MagnusStinson<br>Referred to: Magistrate Judge Mark J. Dinsmore |
| 28. | **Plaintiffs:**<br>Sherry Novalee Washington, and Robert Eugene Shoulders<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | S.D. Indiana (Indianapolis Div.) | 1:15-cv-00700 |  | Assigned to: Judge William T. Lawrence<br>Referred to: Magistrate Judge Debra McVicker Lynch |

**Amended Schedule of Actions**
*In re: Cymbalta (Duloxetine) Products Liability Litigation*, MDL 2662

| | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| 29. | **Plaintiff:** Johnson Fairbanks **Defendant:** Eli Lilly and Company, an Indiana Corp. | W.D. Louisiana (Alexandria Div.) | 1:14-cv-2469 | Served 12/8/2015 | Assigned to: Chief Judge Dee D Drell Referred to: Magistrate Judge James D Kirk |
| 30. | **Plaintiffs:** Anthony Orlando and Suzanne Orlando **Defendant:** Eli Lilly and Company, an Indiana Corp. | D. Maine (Bangor District) | 1:14-cv-00438 | Served 2/25/2015 | Assigned to: Judge Nancy Torresen Referred to: Magistrate Judge John C Nivison |
| 31. | **Plaintiffs:** Karen Boling and Joseph Boling **Defendant:** Eli Lilly and Company, an Indiana Corp. | D. Maryland (Greenbelt Div.) | 8:14-cv-2554 | Served 12/8/2014 | Judge George Jarrod Hazel |
| 32. | **Plaintiff:** Eric McCabe **Defendant:** Eli Lilly and Company, an Indiana Corp. | D. Minnesota | 0:14-cv-03132 | Served 12/9/2014 | Assigned to: Judge Richard H. Kyle Referred to: Magistrate Judge Jeffrey J. Keyes |
| 33. | **Plaintiffs:** Mary Jeanette Spearman, and David Alan Spearman **Defendant:** Eli Lilly and Company, an Indiana Corp. | N.D. Mississippi (Aberdeen Div.) | 1:15-cv-00006 | Served 5/8/2015 | Assigned to: District Judge Sharion Aycock Referred to: Magistrate Judge S. Allan Alexander |
| 34. | **Plaintiff:** Zakiya Walker **Defendant:** Eli Lilly and Company, an Indiana Corp. | D. Nevada (Las Vegas Div.) | 2:14-cv-01988 | Served 1/5/2015 | Assigned to: Judge James C. Mahan Referred to: Magistrate Judge Cam Ferenbach |

**Amended Schedule of Actions**

*In re: Cymbalta (Duloxetine) Products Liability Litigation*, MDL 2662

|  | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| 35. | **Plaintiffs:**<br>Lisa D. Carpenter and Jeffery D. Carpenter<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | D. New Hampshire (Concord Div.) | 1:14-cv-00540 | Waiver of Service of Summons 12/15/2015 | Judge Paul J. Barbadoro |
| 36. | **Plaintiff:**<br>Mark Williams<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | E.D. North Carolina (Western Div.) | 5:14-cv-00460 | Served 12/10/2014 | Judge Louise Wood Flanagan |
| 37. | **Plaintiff:**<br>Shelly Harris<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | M.D. North Carolina | 1:14-cv-00682 | Served 12/10/2014 | Assigned to: Judge Loretta C. Biggs<br>Referred to: Magistrate Judge Patrick L. Auld |
| 38. | **Plaintiff:**<br>Melissa Rossero<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | W.D. Pennsylvania (Pittsburgh Div.) | 2:14-cv-1084 | Served 12/10/2014 | Magistrate Judge Cynthia Reed Eddy |
| 39. | **Plaintiffs:**<br>Kathleen Edens and Charles Edens<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | E.D. Tennessee (Knoxville) | 3:14-cv-00491 | Served 1/20/2015 | Assigned to: District Judge Pamela L Reeves<br>Referred to: Magistrate Judge H Bruce Guyton |
| 40. | **Plaintiffs:**<br>Carmen Kaplan and Kenny Kaplan<br>**Defendant:**<br>Eli Lilly and Company, an Indiana Corp. | W.D. Tennessee (Memphis) | 2:14-cv-02752 | Served 1/20/2015 | Assigned to: Judge John T. Fowlkes, Jr<br>Referred to: Magistrate Judge Tu M. Pham |

**Amended Schedule of Actions**
*In re: Cymbalta (Duloxetine) Products Liability Litigation,* MDL 2662

|  | Case Captions | District | Civil Action No. | Date Served Complaint | Judge |
|---|---|---|---|---|---|
| 41. | **Plaintiffs:** Pattie Porkorny and Christopher Porkorny <br> **Defendant:** Eli Lilly and Company, an Indiana Corp. | S.D. Texas (Houston) | 4:14-cv-02960 | Served 10/30/2015 | Judge Keith P Ellison |
| 42. | **Plaintiff:** Karen Wagner <br> **Defendant:** Eli Lilly and Company, an Indiana Corp. | E.D. Washington (Spokane) | 2:14-cv-00270 | Served 12/10/2014 | Judge Rosanna Malouf Peterson |
| 43. | **Plaintiff:** Adam Streeter <br> **Defendant:** Eli Lilly and Company, an Indiana Corp. | W.D. Wisconsin (Madison) | 3:14-cv-00555 | Served 12/10/2014 | Assigned to: District Judge William M. Conley <br> Referred to: Magistrate Judge Stephen L. Crocker |