BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CYMBALTA (DULOXETINE) PRODUCTS LIABILITY LITIGATION (NO. II) | MDL NO. 2662 |

## PROOF OF SERVICE

        I hereby certify that on August 7, 2015, a copy of the foregoing Notice of Appearance was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system.  The Panel's ECF system will automatically serve copies of the documents on all registered CM/ECF users.

Dated: August 7, 2015                          /s/ Michael X. Imbroscio
                                                              Michael X. Imbroscio