**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**CHAIR:**
**Sarah S. Vance**
United States District Court
Eastern District of Louisiana

**MEMBERS:**
**Marjorie O. Rendell**
United States Court of Appeals
Third Circuit

**Charles R. Breyer**
United States District Court
Northern District of California

**Lewis A. Kaplan**
United States District Court
Southern District of New York

**Ellen Segal Huvelle**
United States District Court
District of District of Columbia

**R. David Proctor**
United States District Court
Northern District of Alabama

**Catherine D. Perry**
United States District Court
Eastern District of Missouri

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20544-0005

Telephone:  [202] 502-2800
Fax:  [202] 502-2888
http://www.jpml.uscourts.gov

ADVISORY

U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

　　　　Counsel appearing for oral argument before the Panel are not allowed to bring cell phones in the courthouse, unless the attorney has an SDNY attorney pass.  Counsel can apply for an SDNY attorney pass in advance through Shona Mikell (212-805-0500).  Laptop computers can only be brought in the courthouse upon a signed order from a Southern District of  New York judge.